In the Matter of the Application of GEORGE R. MCALLISTER, Respondent, for a Mandamus Order against CHARLES A. HARNETT, Commissioner of Motor Vehicles of the State of New York, Appellant, and FRANK J. KORB, SR., and FRANK J. KORB, JR., Defendants.— On reargument peremptory mandamus order affirmed, with costs, on the authority of People ex rel. Arnold v. Skene (194 N. Y. 186). All concur. (The order directs suspension of operator's and chauffeur's licenses and registration certificates in a proceeding brought for that purpose.)

Present — Sears, P. J., Edgcomb, Lewis, Cunningham and Taylor, JJ. [See 250 App. Div. 829; *ante*, p. 789.]